Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Christopher Larry Womble<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1469<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Kaitlyn Tyler Womble<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–8644<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 13 8/11/26 |
| Case number: | 26–52226–alt | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Christopher Larry Womble | Kaitlyn Tyler Womble |
| **2. All other names used in the last 8 years** | aka Christopher L Womble | aka Kaitlyn Tibbs, aka Kailyn T Womble |
| **3. Address** | 1013 Windflower<br>New Braunfels, TX 78130 | 1013 Windflower<br>New Braunfels, TX 78130 |
| **4. Debtor's attorney**<br>Name and address | Nicholas C Inman<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>Hurst, TX 76054 | Contact phone 214–265–0123<br>Email: NInman@Allmandlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Mary K Viegelahn, Chapter 13 Trustee<br>10500 Heritage Blvd, Suite 201<br>San Antonio, TX 78216 | Contact phone (210) 824–1460 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br>Contact phone (210) 472–6720<br>Date: 8/13/26 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2026 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 658 044 4240, Passcode, 1118547573, OR call (210) 675–8908**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/23/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/20/26** |
| | **Deadline for governmental units to file a proof of claim:** | Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief.* |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on:<br>**10/15/26** at **01:30 PM** , Location: **S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205**<br>The debtor has filed a plan as of this date. The plan will be sent separately.<br>***or*** The debtor has filed a plan. The plan is enclosed.<br>***or*** The debtor has not filed a plan as of this date. The plan will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Western District of Texas

In re:
Christopher Larry Womble
Kaitlyn Tyler Womble
Debtors

Case No. 26-52226-alt
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 4
Date Rcvd: Aug 13, 2026 Form ID: 309I Total Noticed: 51

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | Christopher Larry Womble, Kaitlyn Tyler Womble, 1013 Windflower, New Braunfels, TX 78130-0396 |
| 19275907 | + | American Auto Bankers, Attn: Bankruptcy, 12001 SW 128th CT Suite 106, Miami, FL 33186-4665 |
| 19275911 | | Comal County Appraisal District, C/O McCreary, Veselka, Bragg, PO Box 1269, Round Rock, TX 78680-1269 |
| 19275917 | + | Don Tributary Partners LLC, Capital Enterprise Services LLC, 1111 Brickell Avenue, Miami, FL 33131-3112 |
| 19275932 | + | Overlook at Creekside HOA, 2611 N Loop 1604 Ste 100, San Antonio, TX 78258-4545 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | + | Email/Text: julie.parsons@mvbalaw.com | Aug 13 2026 23:42:00 | Julie A. Parsons, McCreary Veselka Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| aty | | Email/Text: NInman@Allmandlaw.com | Aug 13 2026 23:42:00 | Nicholas C Inman, Allmand Law Firm, PLLC, 860 Airport Fwy, Suite 401, Hurst, TX 76054 |
| tr | + | Email/Text: documents@sach13.com | Aug 13 2026 23:42:00 | Mary K Viegelahn, Chapter 13 Trustee, 10500 Heritage Blvd, Suite 201, San Antonio, TX 78216-3631 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 13 2026 23:43:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| cr | | Email/Text: julie.parsons@mvbalaw.com | Aug 13 2026 23:42:00 | The County of Comal, Texas, McCreary Veselka Bragg & Allen, PC, c/o Julie Anne Parsons, PO Box 1269, Round Rock, TX 78680-1269 |
| 19275906 | | Email/Text: clerk@allmandlaw.com | Aug 13 2026 23:42:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 19275908 | | Email/Text: legal@apexbank.com | Aug 13 2026 23:43:00 | Apex Bank, Po Box 549, Camden, TN 38320-0549 |
| 19275909 | + | EDI: AAFES | Aug 14 2026 03:30:00 | Army Airforce Exchange (AAFES), Creditor?s Bankruptcy Service, PO Box 740933, Dallas, TX 75374-0933 |
| 19275912 | + | Email/Text: bankruptcy@credencerm.com | Aug 13 2026 23:43:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 19275913 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2026 23:46:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 19275914 | ^ | MEBN | Aug 13 2026 23:43:46 | Cricket Wireless, 1445 W. Pleasant Run Road, Lancaster, TX 75146-1310 |
| 19275916 | | EDI: DISCOVER | Aug 14 2026 03:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |

| | | | | |
|---|---|---|---|---|
| 19275915 | + | Email/Text: edbknotices@ecmc.org | Aug 13 2026 23:42:00 | Department of Education, Office of General Counsel, 400 Maryland Ave, SW Rm 6E353, Washington, DC 20202-0001 |
| 19275918 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 13 2026 23:42:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 19275919 | | Email/Text: bankruptcy@glsllc.com | Aug 13 2026 23:42:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603 |
| 19275944 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Aug 13 2026 23:46:21 | U.S. Department of Housing & Urban Development For, Office of Regional Counsel, 307 W 7th Street, Ste. 1000, Fort Worth, TX 76102 |
| 19275920 | + | EDI: IRS.COM | Aug 14 2026 03:30:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19275921 | | EDI: JEFFERSONCAP.COM | Aug 14 2026 03:30:00 | Jefferson Capital Systems, LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 19275923 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 13 2026 23:42:00 | Linebarger Goggan Blair & Sampson, 112 E Pecan Street Suite 2200, San Antonio, TX 78205 |
| 19275924 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 23:46:18 | LVNV Funding, LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 19275925 | + | Email/Text: documents@sach13.com | Aug 13 2026 23:42:00 | Mary K. Viegelahn, 10500 Heritage Blvd, Ste 201, San Antonio, TX 78216-3631 |
| 19275926 | | EDI: MASSDOR | Aug 14 2026 03:30:00 | Massachusetts Department of Revenue, Collections Bureau/Bankruptcy Unit, P. O. Box 7090, Boston, MA 02204-7090 |
| 19275927 | ^ | MEBN | Aug 13 2026 23:43:19 | Mid-South Consolidated Patient Account Center, 1412 Hazelwood Dr, Smyrna, TN 37167-3900 |
| 19275929 | + | EDI: NTXTOLWAY | Aug 14 2026 03:30:00 | NTTA, Attn Bankruptcy, PO Box 660244, Dallas, TX 75266-0244 |
| 19275928 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2026 23:43:00 | NetCredit, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 19275930 | ^ | MEBN | Aug 13 2026 23:37:59 | Office of General Counsel, Hipolito Garcia Fed Bldg and Courthouse, 615 E. Houston Street, Room 347, San Antonio, TX 78205-2053 |
| 19275931 | + | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Aug 13 2026 23:46:21 | Office of Litigation, US Department of HUD, 451 7th St., SW, Room 10258, Washington, DC 20410-0001 |
| 19275933 | | EDI: PRA.COM | Aug 14 2026 03:30:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 19275936 | ^ | MEBN | Aug 13 2026 23:41:08 | SWRS / Southwest Recovery Services, 16200 Addison Rd, Ste 260, Addison, TX 75001-5423 |
| 19275934 | + | Email/Text: ssa.bankruptcy@ssa.gov | Aug 13 2026 23:42:00 | Social Security Administration, Western Program Service Center, Po Box 2000, Richmond, CA 94802-1791 |
| 19275935 | + | Email/Text: info@staffordga.com | Aug 13 2026 23:43:00 | Stafford Group & Associates, Attn; Bankruptcy Department P.O Box 433, Orange, CA 92856-6433 |
| 19275937 | | EDI: SYNC | Aug 14 2026 03:30:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 19275938 | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 13 2026 23:42:00 | Tennessee Department of Revenue, c/o Tennessee Atty General Ofc, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 19275939 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Aug 13 2026 23:43:00 | Texas Alcoholic Beverage Commission, Licenses |

| | | | | |
|---|---|---|---|---|
| | | | | and Permit Division, Po Box 13127, Austin, TX 78711-3127 |
| 19275940 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 13 2026 23:43:00 | Texas Workforce Commission, TWC Building, Regulatory Integrity Division, 101 East 15th Street, Austin, TX 78778-1442 |
| 19275941 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 13 2026 23:42:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 19276637 | | Email/Text: julie.parsons@mvbalaw.com | Aug 13 2026 23:42:00 | The County of Comal, Texas, c/o Julie Anne Parsons, McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 19275942 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 13 2026 23:42:00 | Toyota Financial Services, PO Box 60114, City of Industry, CA 91716-0114 |
| 19275943 | + | Email/Text: BKECF@traviscountytx.gov | Aug 13 2026 23:42:00 | Travis County Attorney's Office, Attention: County Attorney, P.O. Box 1748, Austin, TX 78767-1748 |
| 19275945 | + | Email/Text: lrsc.legal@sba.gov | Aug 13 2026 23:42:00 | U.S. Small Business Administration, Little Rock Commercial Loan Servicing, Center 2120 Riverfront Drive, Suite 100, Little Rock, AR 72202-1794 |
| 19275946 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 13 2026 23:42:00 | United States Attorney - Western, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 19275948 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 13 2026 23:42:00 | United States Attorney -Western, 601 NW Loop 410 Suite 600, San Antonio, TX 78216-5597 |
| 19275947 | ^ | MEBN | Aug 13 2026 23:39:22 | United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0009 |
| 19275949 | + | Email/Text: edbknotices@ecmc.org | Aug 13 2026 23:42:00 | United States Department of Education, 50 United Nations Plaza Mailbox 1200, Ro, San Francisco, CA 94102-4912 |
| 19275950 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 13 2026 23:43:00 | United States Trustee - Western, 615 E. Houston Street Suite 533, San Antonio, TX 78205-2055 |
| 19275951 | | Email/Text: dmcco.vbaspl@va.gov | Aug 13 2026 23:42:00 | VA Debt Management Center, PO Box 11930, Saint Paul, MN 55111-0930 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19275910 | *+ | Christopher Larry Womble, 1013 Windflower, New Braunfels, TX 78130-0396 |
| 19275922 | *+ | Kaitlyn Tyler Womble, 1013 Windflower, New Braunfels, TX 78130-0396 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie A. Parsons | on behalf of Creditor The County of Comal Texas jparsons@mvbalaw.com, amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Mary K Viegelahn, Chapter 13 Trustee | documents@sach13.com |
| Nicholas C Inman | on behalf of Debtor Kaitlyn Tyler Womble NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Nicholas C Inman | on behalf of Debtor Christopher Larry Womble NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5